## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Grace L Stovall

                              Plaintiff,

v.                                                 Case No.: 1:23–cv–01761
                                                    Honorable Martha M. Pacold

Lori Lightfoot, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 21, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed plaintiff's motion for pretrial restraining order and injunction [38]. The court construes this motion as plaintiff's reply brief for its motion for pretrial restraining order and injunction to temporarily seize Defendant Tarick Loutfi's assets [29]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.