IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Grace L. Stovall
Plaintiff

vs

Lori Lightfoot    in her individual and official capacity
City of Chicago, City of Chicago Police Department   in their individual and official capacity
David Brown  Superintendent of the Chicago Police Department  in his individual and official capacity
Kimberly Foxx   Cook County States Attorney    in her individual and official capacity
Melinda Barrett  States Attorney victim witness supervisor, in her individual and official capacity
Brandon Johnson    in his individual and official capacity

| | | |
|---|---|---|
| Mary Richardson Lowry | City of Chicago   Corporation Counsel | in her individual and official capacity |
| Amy Crawford | City of Chicago Corporation Counsel | in her individual and official capacity |
| Cheryl Friedman | City of Chicago  Assistant Corporation Counsel | in her individual and official capacity |
| Maxwell Lisy | City of Chicago  Assistant Corporation Counsel Supervisor | in his individual and official capacity |
| Michele McGee | City of Chicago Corporation Counsel | in her individual and official capacity |
| Raymond Garant | City of Chicago Corporation Counsel | In his individual and official capacity |
| Raoul Mowatt | City of Chicago Corporation Counsel | in his individual and official capacity |
| Tyler Michals | City of Chicago Corporation Counsel | in his individual and official capacity |
| Jessica Griff | City of Chicago Corporation Counsel | in her individual and official capacity |
| Jordan Yurchich | City of Chicago Corporation Counsel | in his individual and official capacity |
| Jonathan Green | City of Chicago Corporation Counsel | in his individual and official capacity |
| Celia Meza | City of Chicago  Corporation Counsel | in her individual and official capacity |
| Mark Flessner | City of Chicago  Corporation Counsel | in his individual and official capacity |
| Rebecka Bronkema | Cook County Assistant States Attorney | in her individual and official capacity |
| William Bailey | Cook County Assistant  States Attorney | in his individual and official capacity |
| Peter Gonzalez | in his individual and official capacity | |
| Catherine Fisher | Cook County Public Defender | in her individual and official capacity |
| Timothy Evans | in his individual and official capacity | |

Michael Blanchard
Mark Blanchard
Mario Cusumano
Deeatra Love Blanchard
Steven Robinson
Nanette Foster
Wayne Thomas
Kushala Vora
Gabe Williams
Alton Williams
Nancy Mckenna
David Sorenson
Amy McCarty
Tarick Loutfi
Joseph Monahan
State of Illinois  et, al.

Case Number: 23 cv 01761
Judge: Honorable Judge Martha Pacold

FILED KG
1/8/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Chicago Police officer : Jermaine Townsend | Badge # 19758 | 51st Wentworth Police Station |
| Chicago Police officer : Gemera Brown | Badge # 13372 | 51sr Wentworth Police Station |
| Chicago Police officer : Henry Lai | Badge # 21838 | 51st Wentworth Police Station |
| Chicago Police officer : Marco Torres | Badge # 21344 | 51st Wentworth Police Station |
| Chicago Police officer: Grzgorz Wilcvek | Badge # 17490 | 51st Wentworth Police Station |
| Chicago Police officer: Sylvia Szarek | Badge # 11526 | 51st Wentworth Police Station |
| Chicago Police officer: Gabriel Ruvalcaba | Badge # 1879 | 51st Wentworth Police Station |
| Chicago Police officer: Kelvin Williams | Badge # 847 | 51st Wentworth Police Station |
| Chicago Police officer: Robert Costello | Badge # 231 | 51st Wentworth Police Station |
| Chicago Police officer: Tamara Margolis | Badge # 594 | 51st Wentworth Police Station |
| Chicago Police officer: Kellee Gary | Badge # 20044 | 51st Wentworth Police Station |
| Chicago Police officer: Orlando Long | Badge# 1455 | 51st Wentworth Police Station |
| Chicago Police officer: Joseph Aguirre | Badge # 20510 | 51st Wentworth Police Station |
| Chicago Police officer: Dario Mariscal | Badge# 7023 | 51st Wentworth Police Station |
| Chicago Police officer: Steven Rowling | Badge # 993 | 51st Wentworth Police Station |
| Chicago Police officer: Eric Carter | First Deputy Superintendent of the City of Chicago Police Department | |

Non Record and Unknown Defendants
Defendants

## Notice of Motion

| | |
|---|---|
| Maxwell Evan Lisy | maxwell.lisy@cityofchicago.org |
| Jordan Yurchich | jordan.yurchich2@cityofchicago.org |
| Cheryl Friedman | cheryl.friedman2@cityofchicago.org |
| Michele Marie McGee | michele.mcgee@cityofchicago.org |
| Raoul Vertick Mowatt | raoul.mowatt@cityofchicago.org |

City of Chicago Department of Law – Federal Civil Rights Litigation Division
30 N. La Salle St., Suite 900 - Chicago, Illinois  60602

Please take notice that on            at       or as soon thereafter, as may be heard, I shall appear before the Honorable Judge Martha Pacold or any judge sitting in her stead in courtroom 1425 of the U.S. District Court of the Northern District of Illinois, eastern Division, 219 South Dearborn St. Chicago, Illinois and shall present  the following motion attached hereto:  Plaintiff, Grace L. Stovall's Status Report
I hereby certify that on January 8, 2024, I provided service to the person or persons listed above by the following means CM/ECF System.
Signature: _Grace Stovall_
Name: Grace L. Stovall
Address: 5114 S. Ingleside
Chicago, Illinois  60615

Date: January 8, 2024

## Plaintiff Grace L. Stovall's Initial Status Report

1. Nature of the Case: Corrupt RICO Racketeering Chicago Police conspiring with their RICO Racketeering accomplices to repeatedly commit numerous Illegal, premeditated RICO Racketeering Chicago Police Brutality Robbery Raids Home Invasions False Arrests, Defendant Chicago Police Aggravated Assaults, Attempted Murder of the Plaintiff, Whistleblower Grace L. Stovall and Chicago Police Murder of a victim of Chicago Police extortions as a 'Course of Conduct' with the same sets of circumstances to furtherance the unrestrained corrupt "Democratic Party Machine" Organized Crimes Criminal Enterprise at the behest of RICO Racketeering Defendants Lori Lightfoot and her accomplice RICO Racketeering Brandon Johnson who are the Heads of the corrupt "Democratic Party Machine" Organized Crime Criminal Enterprise.

2. Which gives rise to Conspiracy to commit RICO Racketeering, illegal, premeditated Chicago Police Brutality Robbery Home Invasions, False Arrests, Aggravated Stalking, Attempted Murder of the Plaintiff, Whistleblower, Mob Activities, Organized Crimes, Governmental Malfeasance, Evidence Tampering, numerous Chicago Police Robberies and numerous Thefts of Federal Court Evidentiary Evidence, Aiding and Abetting, Tax Evasion, Unjust Enrichment, Ill-gotten gains, Conspiracy to commit Obstruction of Justice, Conspiracy to commit Extortion, Conspiracy to commit Murder of victim of Chicago Police Extortion

3. Plaintiff Refutes Defendants fraudulent Status Report that is riddled with fraudulent willfully fabricated meritless lies, False Statement Concealment to fraudulently manipulate the Federal Court Orders with Falsehoods while the Defendants continue to willfully conspire to fabricate the fraudulent Status Report to deceptively and fraudulently manipulate the Court's orders while the corrupt Defendants and their corrupt RICO Racketeering Chicago Corporation Counsels continue to willfully commit 'Fraud upon the Court' to continue to 'Pervert the Course of Justice' as a "Course of Conduct" with the same sets of circumstances.

4. Plaintiff filed her 10 page Motion to Amend her Complaint on Defendant, Melinda Barrett [DKT 77] filed on 11-13-2023.

5. Plaintiff Refutes Defendants conspiracy to fabricate lies and falsehoods on their fraudulent Status Report, entry 3, which falsely states that Defendant, Melinda Barrett is dismissed.

6. Evidence confirms Defendant, Melinda Barrett is not dismissed.

7. Which gives rise to Conspiracy to commit 'False Statement Concealment', Conspiracy to commit Fraud upon the Court, Conspiracy to file fraudulent, fabricated instruments to 'Pervert the Course of Justice', Conspiracy to willfully commit Criminal 'Democratic Party Scams' as a 'Course of Conduct'

8. Plaintiff accurately filed the names of confirmed RICO Racketeers as defendants to the defendant list and she will be adding more RICO Racketeering Defendents once the Defendant City of Chicago is forced to cease their illegal evidence tampering and their illegally withholding and illegally hiding the evidentiary evidence and numerous Chicago Police Body Camera video footages that recorded their RICO Racketeering crimes.

9. Plaintiff has filed an abundance of evidence however the corrupt defendants do not have any evidence of anything they are alleging which confirms they are prolific liars and are not credible.

10. Plaintiff Refutes Defendants fraudulent Status Report, entry 3 alleging that the Plaintiff improperly attempted to add as defendants

11. Plaintiff, Grace L. Stovall filed her Motion to Quash Defendant City of Chicago Police's Motion to Stay Discovery and Plaintiff filed her Motion to Sanction and Fine Defendant City of Chicago's corrupt Corporation Counsel's for Attorney Misconduct and Abusive, Vexatious litigation.

12. Plaintiff has motions that are pending.

13. The Defendant RICO Racketeering Chicago Police, their corrupt RICO Racketeering Co-Defendants and their corrupt RICO Racketeering City of Chicago Corporation Counsels continue to conspire to willfully commit 'False Statement Concealment', Illegal concealment of numerous over 35 evidentiary evidence Police Body Camera Video Footages while the Defendants continue to illegally withhold and illegally hide the numerous Chicago Polices Officer's Body Camera Video Footages and Audio recorded inside and outside at the scene of the crimes committed in Illegal, retaliatory, premeditated, RICO Racketeering Chicago Police Brutality Robbery Raids Home Invasions False Arrest committed by corrupt Defendant City of Chicago Police on April 7, 2021 at the Plaintiff's apartment at 5114/5112 S. Ingleside Ave, Chicago, Illinois

14. False Statement Concealment   (18-U.S.C. § 1001)
Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, any scheme or device a material fact, or makes any false, fictitious or fraudulent statement or representation or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry….

15. Due to the Defendants continuing and ongoing RICO Racketeering Plaintiff Grace L. Stovall continues to be illegally locked out of her rightful home for 2 years, 8 months and 38 days and counting in that Plaintiff is continuing to be "illegally locked out of her rightful home" which is a daily continuation of violating her Constitutional and Civil rights that are compounding daily due to corrupt Chicago Corporation Counsels conspiracies with his accomplices to continue to fraudulently imped this case with Abusive vexatious Litigation and willful "Fraud upon the Court" to "Pervert the Course of Justice".

16. Evidence confirms the RICO Racketeering City of Chicago Police Department employees and their accomplices have continued to commit patterns of retaliatory, premeditated, RICO Racketeering Chicago Police Brutality Robbery Raids Home Invasions False Arrests as a 'Course of Conduct" with the same sets of circumstances which evidence confirms the corrupt <u>'City of Chicago Police and their accomplices orchestrated the whole thing'</u>.

17. Plaintiff's "apartment full" of her possessions that is recorded on numerous Police Body Camera Video Footages remains in her apartment while the corrupt RICO Racketeering Defendant City of Chicago Police and their accomplices continue to conspire to illegally block her from reuniting with her "apartment full" of her possessions and illegally block her from her numerous file cabinets filled with her evidentiary evidence and numerous files that she was using to prepare her Federal Court Cases as a Whistleblower, Federal Court Litigant.

Plaintiff Sustains her Jury Trial Demand                                         (Exhibits 1-20 Attached)
Evidence Body Camera Video Footages                                         January 8, 2024

Respectfully Submitted,
by Plaintiff, Whistleblower Grace L. Stovall