ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Grace L Stovall<br><br>Plaintiff(s),<br><br>v.<br><br>Lori Lightfoot, et al<br><br>Defendant(s). | Case No. 23cv1761<br>Judge Martha M. Pacold |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

       which ☐ includes         pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants, City of Chicago, et al and against Plaintiff, Grace L Stovall.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold due to Plaintiff not filing an amended complaint or asking for an extension of time.

Date: 11/1/2024                                Thomas G. Bruton, Clerk of Court
                                                    Jannette Nunez, Deputy Clerk